IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UTHAIWAN WONG-OPASI, PH.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05-0697 |
| | ) | Judge Trauger |
| MTSU, et al., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On November 10, 2005, the Magistrate Judge issued a Report and Recommendation, recommending that the individual defendants be dismissed from this case but that process issue to defendant Middle Tennessee State University. (Docket No. 4) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that all claims against Sidney McPhee, Kaylene Gebert, Deborah Mistron, Nuria Novell and the unnamed members of the 2004-05 Spanish faculty search committee are **DISMISSED WITH PREJUDICE** for failure to state a claim. It is further **ORDERED** that process shall issue to Middle Tennessee State University.

This case is **REFERRED** back to the Magistrate Judge under the original referral Order.

It is so **ORDERED.**

Enter this 5th day of December 2005.

_____
ALETA A. TRAUGER
U.S. District Judge